IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| NORTHWESTERN CORPORATION, ) | Case No. 03-12872 (JLP) |
| ) | |
| Debtor. ) | |
| _____ ) | |

## NOTICE OF APPEAL

Magten Asset Management Corporation, by and through its undersigned counsel, herby appeals pursuant to 28 U.S.C. § 158(a), to the United States District Court for the District of Delaware from the Order With Respect To Final Fee Application of Paul, Hastings, Janofsky & Walker LLP (the "Order"), which was entered by United States Bankruptcy Judge John L. Peterson on May 9, 2005 [Docket No. 3055].

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

| The Debtor:<br>Williams M. Austin, Esq.<br>NorthWestern Corporation<br>125 South Dakota Avenue, Suite 11<br>Sioux Falls, SD 57104<br>Tel. (605) 978-2908 | Paul Hastings Janofsky & Walker LLP<br>Jesse H. Austin, Esq.<br>Paul, Hastings, Janofsky & Walker LLP<br>600 Peachtree Road, N.E.<br>Atlanta, GA 30308<br>Tel. (404) 815-2400 |
|---|---|
| Fee Auditor:<br>Warren H. Smith<br>Warren H. Smith & Assoc., P.C.<br>325 N. St. Paul, Suite 1275<br>Dallas, TX 75201<br>Tel. (214) 698-3868 | |

{10002855.DOC}

| | |
|---|---|
| **Counsel to Debtors:**<br>Jesse H. Austin, Esq.<br>Paul, Hastings, Janofsky & Walker LLP600 Peachtree Road, N.E.<br>Atlanta, GA 30308<br>Tel. (404) 815-2400 | William E. Chipman, Jr., Esq.<br>Greenberg Traurig, LLP<br>The Brandywine Building<br>1000 West Street, Suite 1540<br>Wilmington, DE 19801<br>Tel. (302) 661-7000 |
| **Counsel to Paul, Hastings, Janofsky & Walker LLP:**<br>Robert J. Dehney<br>Curtis S. Miller<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>Tel. (302) 658-9200 | |

Dated: May 17, 2005

SMITH, KATZENSTEIN & FURLOW LLP

/s/ Kathleen M. Miller
David A. Jenkins (I.D. No. 932)
Kathleen M. Miller (ID No. 2898)
The Corporate Plaza
800 Delaware Avenue
P.O. Box 410
Wilmington, DE 19899
(302) 652-8400
Counsel for Magten Asset Management Corporation

*Of Counsel*
STORCH AMINI & MUNVES PC
Bijan Amini (admitted *pro hac vice*)
Avery Samet
2 Grand Central Tower
New York, New York 10017
(212) 490-4100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **17th** day of **May, 2005,** a copy of the foregoing *Notice of Appeal* was served on the counsel below and the attached 2002 list by first class mail.

Paul Hastings Janofsky & Walker LLP
Jesse H. Austin, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Road, N.E.
Atlanta, GA 30308

Warren H. Smith
Warren H. Smith & Assoc., P.C.
325 N. St. Paul, Suite 1275
Dallas, TX 75201

William E. Chipman, Jr., Esq.
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Robert J. Dehney
Curtis S. Miller
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Kathleen M. Miller (ID No. 2898)

10002862.WPD