**TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT**

Case Number: **03-12872**
Deputy Clerk Transferring Case: Lisa M. Ciconte (302) 252-2545
Case Type: Appeal **- AP#-05-38**

**Order, Date Entered and Issues**
Order With Respect To Final Fee Application of Paul, Hastings, Janofsky & Walker LLP (related document(s)2432 ) Order Signed on 5/9/2005.

| | |
|---|---|
| **Debtor:** | NorthWestern Corporation |
| **Counsel:** | **William E. Chipman, Jr.** |
| | Greenberg Traurig, LLP |
| | 1000 West Street |
| | Suite 1540 |
| | Wilmington, DE 19801 |
| **Telephone:** | **(302) 661-7000** |

| | |
|---|---|
| **Appellant(s):** | Magten Asset Management Corporation |
| **Counsel:** | **Kathleen M. Miller** |
| | Smith, Katzenstein & Furlow LLP |
| | The Corporate Plaza |
| | 800 Delaware Avenue |
| | Wilmington, DE 19899 |
| **Telephone:** | **(302) 652-8400** |

| | |
|---|---|
| **Appellee(s):** | Paul, Hastings, Janofsky & Walker LLP |
| **Counsel:** | **Jesse H. Austin, Esq** |
| | Paul, Hastings, Janofsky & Walker LLP |
| | 600 Peachtree Road, N.E. |
| | Atlanta, GA 30308 |
| **Telephone:** | **(404) 815-2400** |