IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (JLP) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |
| | : | |

**PAUL, HASTINGS, JANOFSKY & WALKER LLP'S DESIGNATION OF
ADDITIONAL DOCUMENTS FOR THE RECORD AND OBJECTION TO
<u>STATEMENT OF ISSUES ON APPEAL</u>**

Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings"), by and through its undersigned counsel and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby files this Designation of Additional Documents for the Record and Objection to Statement of Issues on Appeal in connection with Magten Asset Management Corporation's ("Magten") appeal from the Order with Respect to Final Fee Application of Paul, Hastings, Janofsky & Walker LLP (the "Order"), which was entered by United States Bankruptcy Judge John L. Peterson on May 9, 2005 [Docket No. 3055].

**Designation of Documents for the Record**

| | **Bankruptcy Case Docket No.** | **Description** |
|---|---|---|
| 1. | 40 | Application to Employ Paul, Hastings, Janofsky & Walker LLP as Counsel to the Debtor |
| 2. | 198 | Order Authorizing the Employment of Paul, Hastings, Janofsky & Walker LLP as Attorneys for the Debtor |
| 3. | 202 | Order Establishing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals |
| 4. | 426 | First Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |

ATL/1111674.2

|   | **Bankruptcy Case Docket No.** | **Description** |
|---|---|---|
| 5. | 582 | Supplemental Affidavit of Jesse H. Austin III In Connection with Paul, Hastings, Janofsky & Walker LLP's Employment as Attorneys for Debtor and Debtor-In-Possession |
| 6. | 583 | Second Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 7. | 687 | First Quarterly Fee Application of Services Rendered and Reimbursement of Expenses as Bankruptcy and Reorganization Counsel to the Debtor and Debtor in Possession for Period September 14, 2003 through November 30, 2003 Filed by NorthWestern Corporation |
| 8. | 699 | Amended Order Establishing Procedures for Payment of Interim Compensation and Reimbursement of Expenses to Professionals |
| 9. | 727 | Third Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 10. | 838 | Order (OMNIBUS) Approving First Quarterly Interim Fee Application of Professionals |
| 11. | 867 | Fourth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 12. | 925 | Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of Official Committees and Consideration of Fee Applications |
| 13. | 995 | Fifth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 14. | 1003 | Amended Fourth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses |
| 15. | 1077 | Transcript of Hearing on February 17, 2004 |
| 16. | 1154 | Second Quarterly Fee Application Request of Paul, Hastings, Janofsky & Walker, LLP for Services Rendered and Reimbursement of Expenses as Bankruptcy and Reorganization Counsel to the Debtor and Debtor in Possession for the Period December 1, 2003 through February 29, 2004 |

|    | **Bankruptcy Case Docket No.** | **Description** |
|----|---------|-----------------|
| 17. | 1156 | Sixth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 18. | 1272 | Statement Pursuant to Section 328(c) Regarding Paul Hastings Janofsky & Walker LLP. Filed by Magten Asset Management Corp. |
| 19. | 1395 | Response to Statement Pursuant to 11 U.S.C. sec. 328(c) filed by Magten Asset Management Corporation Filed by Paul, Hastings, Janofsky & Walker, LLP |
| 20. | 1488 | Second Supplemental Affidavit of Jesse H. Austin, III in Connection with Paul Hastings Janofsky & Walker LLP's Employment as Attorneys for Debtor and Debtor in Possession |
| 21. | 1547 | Seventh Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 22. | 1625 | Affidavit of Jesse H. Austin, III in Connection with Paul, Hastings, Janofsky & Walker LLP's Employment as Attorneys for Debtor and Debtor-in-Possession |
| 23. | 1626 | Eighth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 24. | 1634 | Amended Seventh Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses |
| 25. | 1653 | Transcript of Hearing held on June 21, 2004 before the Honorable Charles G. Case, II |
| 26. | 1751 | Memorandum Decision dated July 23, 2004 |
| 27. | 1783 | Ninth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 28. | 1792 | Fee Auditor's Final Report Regarding Fee Application Of Paul, Hastings, Janofsky & Walker LLP For The First Interim Period Filed by Warren H. Smith & Associates, P.C. |

|     | **Bankruptcy Case Docket No.** | **Description** |
|-----|------|------|
| 29. | 1841 | Third Quarterly Fee Application Request Of Paul, Hastings, Janofsky & Walker LLP For Services Rendered And Reimbursement Of Expenses As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For The Period March 1, 2004 Through May 31, 2004 |
| 30. | 1858 | Fee Auditor's Amended Final Report Regarding Fee Application Of Paul, Hastings, Janofsky & Walker LLP For The First Interim Period Filed by Warren H. Smith & Associates, |
| 31. | 1942 | Order dated August 19, 2004 |
| 32. | 2115 | Tenth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 33. | 2212 | Fee Auditors Final Report Regarding Fee Application Of Paul, Hastings, Janofsky & Walker LLP For The Second Interim Period Filed by Warren H. Smith & Associates, P.C. |
| 34. | 2225 | Eleventh Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 35. | 2231 | Fourth Quarterly Fee Application Request of Paul, Hastings, Janofsky & Walker, LLP for Services Rendered and Reimbursement of Expenses as Bankruptcy and Reorganization Counsel to the Debtor and Debtor in Possession for the Period June 1, 2004 through August 31, 2004 |
| 36. | 2261 | Twelfth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 37. | 2426 | Thirteenth Monthly Interim Application Of Paul Hastings Janofsky & Walker LLP As Bankruptcy And Reorganization Counsel To The Debtor And Debtor-In-Possession For Compensation And Reimbursement Of Expenses *with all exhibits attached thereto* |
| 38. | 2432 | Fifth Quarterly and Final Fee Application of Paul, Hastings, Janofsky & Walker LLP |
| 39. | 2462 | Order (OMNIBUS) Approving Second Quarterly Interim Fee Applications of Professionals |
| 40. | 2490 | Transcript of Hearing held on December 6, 2004 before the Honorable John L. Peterson |

ATL/1111674.2

|     | **Bankruptcy Case Docket No.** | **Description** |
| --- | --- | --- |
| 41. | 2635 | Fee Auditor's Final Report Regarding Final Fee Application Of Paul, Hastings, Janofsky & Walker LLP For Allowance And Payment Of Compensation And Reimbursement Of Expenses For The Period From September 14, 2003, Through November 1, 2004 Filed by Warren H. Smith & Associates, P.C. |
| 42. | 3055 | Order With Respect To Final Fee Application of Paul, Hastings, Janofsky & Walker LLP |
| 43. | 3063 | Transcript of Hearing held on May 3, 2005 before the Honorable John L. Peterson |

### Objection to Statement of Issues on Appeal

1. Magten's first statement of issues to be presented is as follows:

> Whether the Bankruptcy Court abused its discretion and/or erred in approving Paul Hastings Janofsky & Walker LLP's Final Fee Application before the disqualification appeal is decided.

*Paul Hastings' Response*: Paul Hastings has no objection to the first statement of issues to be presented on appeal as set forth by Magten.

2. Magten's second statement of issues to be presented is as follows:

> Whether the Bankruptcy Court abused its discretion and/or erred in holding that Paul Hastings Janofsky & Walker LLP should be compensated for matter (1) which it represented to the Court it had withdrawn as counsel and (2) when a substantial portion of the fees and expenses incurred were not necessary and did not benefit the Debtor's estate.

*Paul Hastings' Response*: Paul Hastings hereby objects to the statement of issues on the ground that it mischaracterizes Paul Hastings' statements, as set forth in its pleadings and on the record at the May 3, 2005 hearing:

> This is what Magten specifically misreads because in our affidavits and in the top documents we submitted, Your Honor, the Magten

> adversary proceeding was a specifically defined piece of litigation. It was Adversary Proceeding No. 04-53324 – CGC and is what is general referred to as a going-flat transaction. At no point - - and Magten was clearly aware of this - - at no point did Paul Hastings ever say that it was stepping down as general and lead bankruptcy counsel for NorthWestern. Magten was well aware of this and raised no objections to Paul Hastings continuing to provide services and incur expenses as lead bankruptcy counsel would.

Transcript of May 3, 2005 Hearing Before the Honorable John L. Peterson, United States Bankruptcy Court for the District of Delaware, p. 80.

[signature on next page]

ATL/1111674.2

Dated: Wilmington, Delaware
       June 6, 2005

            Respectfully submitted,

            DAVIS POLK & WARDWELL
            Dennis E. Glazer
            D. Scott Tucker
            Catherine Lifeso
            450 Lexington Avenue
            New York, NY 10017
            Telephone: (212) 450-4000

            and

            PAUL, HASTINGS, JANOFSKY & WALKER LLP
            Jesse H. Austin, III
            Karol K. Denniston
            600 Peachtree Street
            Suite 2400
            Atlanta, GA 30308
            Telephone: (404) 815-2400

            and

            FINGER & SLANINA LLC

            */s/ David L. Finger*_____
            David L. Finger (No. 2556)
            Charles Slanina (No. 2011)
            One Commerce Center
            1201 Orange Street, Suite 725
            Wilmington, Delaware 19801
            Telephone: (302) 884-6766

            ***Co-Counsel for Paul, Hastings, Janofsky & Walker LLP***

## **CERTIFICATE OF SERVICE**

      I, David L. Finger, hereby certify that on this 6th day of June, 2005, I caused a copy of the foregoing document to be served via first-class mail, postage prepaid, on the below-listed counsel of record, except to the extent that service was effectuated via CM/ECF:

| | |
|---|---|
| Scott D. Cousins, Esq. | Alan W. Kornberg, Esq. |
| William Leigh Loftin, Esq. | Margaret A. Phillips, Esq. |
| Greenberg Traurig, LLP | Ephraim I. Diamond, Esq. |
| The Brandywine Building | Paul Weiss Rifkind Wharton & Garrison |
| 1000 West Street, Suite 1540 | 1285 Avenue of the Americas |
| Wilmington, DE 19801 | New York, NY 10019 |
| | |
| Neil B. Glassman, Esq. | Kathleen M. Miller, Esq. |
| Charlene D. Davis, Esq. | Smith Katzenstein & Furlow LLP |
| Eric M. Sutty, Esq. | P.O. Box 410 |
| P.O. Box 25130 | Wilmington, DE 19801 |
| Wilmington, DE 19899-5130 | |

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
New York, NY 10017

                                        */s/ David L. Finger*_____
                                        David L. Finger (No. 2556)
                                        Finger & Slanina, LLC
                                        One Commerce Center
                                        1201 Orange Street, Suite 725
                                        Wilmington, Delaware 19801-1155
                                        (302) 884-6766