IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
IN RE:                                                   :   Chapter 11
                                                         :
NORTHWESTERN CORP.,                                      :   Bankruptcy No.
          Debtor.                                       :   03-12872 (JLP)
                                                         :
---------------------------------------------------------x
                                                         :
MAGTEN ASSET MANAGEMENT                                  :
CORP.,                                                   :
          Appellant,                                    :
                                                         :   Civil Action No.
     v.                                                 :   05-393-JJF
                                                         :
PAUL HASTINGS JANOFSKY &                                 :
WALKER, LLP.,                                            :
          Appellee.                                     :
---------------------------------------------------------x

### STIPULATION AND ORDER CONCERNING MEDIATION

WHEREAS, the Court issued an Order, dated June 29, 2005, appointing a Special Master/Mediator ("Mediator") to conduct the mandatory mediation of Magten Asset Management Corporation's ("Magten's") appeal of the Bankruptcy Court's Order approving the Final Fee Application of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings") (the "Fee Application Appeal" (Civil Action No. 05-393-JJF)) pursuant to the terms of the Court's Standing Order dated July 23, 2004 regarding the procedures governing mediation of appeals from the United States Bankruptcy Court ("Standing Order");

WHEREAS, the parties are currently briefing Magten's earlier appeal from the Bankruptcy Court's Order denying Magten's motion to disqualify

Paul Hastings from representing the debtor-in-possession, Northwestern Corporation, in the above referenced bankruptcy proceeding (the "Disqualification Appeal" (Civil Action No. 04-1279)); and

WHEREAS, the Court's decision concerning the Disqualification Appeal may be relevant to the resolution of the Fee Application Appeal;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned attorneys that:

1. The mediation of the Fee Application Appeal shall be postponed until after the Court's decision concerning the Disqualification Appeal;

2. Within 30 days of the Court's decision concerning the Disqualification Appeal, the parties shall submit their confidential mediation position papers concerning the Fee Application Appeal to the Mediator;

3. In accordance with Section 3 of the Standing Order, briefing concerning the Fee Application Appeal shall be deferred until the mediation of the

Fee Application Appeal has been completed unless the Court orders otherwise.

Dated:   July 25, 2005

SO STIPULATED:

| SMITH, KATZENSTEIN & FURLOW, LLP | FINGER & SLANINA, LLC |
|---|---|
| /s/ Kathleen M. Miller | /s/ David L. Finger |
| Kathleen M. Miller (I.D. No. 2898) | David L. Finger (I.D. No. 2556) |
| 800 Delaware Avenue, 7th Floor | One Commerce Center |
| P.O. Box 410 | 1201 Orange Street, Suite 725 |
| Wilmington, DE 19899 | Wilmington, DE 19801-1155 |
| Phone: (302) 652-8400 | Phone: (302) 884-6766 |
| Fax: (302) 652-8405 | |
| | *Attorneys for Paul Hastings* |
| *Attorneys for* | *Janofsky & Walker LLP* |
| *Magten Asset Management Corporation* | |

Of Counsel:
STORCH AMINI MUNVES PC
Bijan Amini, Esquire
Avery Samet, Esquire
2 Grand Central Tower
New York, New York 10017
(212) 490-4100

Of Counsel:
Dennis E. Glazer, Esquire
D. Scott Tucker, Esquire
Catherine Lifeso, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

SO ORDERED:

_____, 2005   _____
                        UNITED STATES DISTRICT JUDGE