# EXHIBIT 1

## STIPULATION AND ORDER

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------x
:
IN RE:                                      :    Chapter 11
:
NORTHWESTERN CORP.,                         :    Bankruptcy No.
        Debtor.                     :    03-12872 (JLP)
:
------------------------------------------------------x
:
MAGTEN ASSET MANAGEMENT                     :
CORP.,                                      :
        Appellant,                  :
:    Civil Action No.
    v.                                    :    05-00398 (JJF)
:
PAUL HASTINGS JANOFSKY &                    :
WALKER, LLP.,                               :
        Appellee.                   :
------------------------------------------------------x

## STIPULATION AND ORDER CONCERNING MEDIATION

WHEREAS, the Court issued an Order, dated June 29, 2005, appointing a Special Master/Mediator ("Mediator") to conduct the mandatory mediation of Magten Asset Management Corporation's ("Magten's") appeal of the Bankruptcy Court's Order approving the Final Fee Application of Paul, Hastings, Janofsky & Walker LLP ("Paul Hastings") (the "Fee Application Appeal" (Civil Action No. 05-398 (JJF)) pursuant to the terms of the Court's Standing Order dated July 23, 2004 regarding the procedures governing mediation of appeals from the United States Bankruptcy Court ("Standing Order");

WHEREAS, the parties are currently briefing Magten's earlier appeal from the Bankruptcy Court's Order denying Magten's motion to disqualify Paul Hastings from representing the debtor-in-possession, Northwestern Corporation, in the above referenced bankruptcy proceeding (the "Disqualification Appeal" (Civil Action No. 04-1279 (JJF)); and

WHEREAS, the Court's decision concerning the Disqualification Appeal may be relevant to the resolution of the Fee Application Appeal;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties through their undersigned attorneys that:

1. The mediation of the Fee Application Appeal shall be postponed until after the Court's decision concerning the Disqualification Appeal;

2. Within 30 days of the Court's decision concerning the Disqualification Appeal, the parties shall submit their confidential mediation position papers concerning the Fee Application Appeal to the Mediator;

3. In accordance with Section 3 of the Standing Order, briefing concerning the Fee Application Appeal shall be deferred until the mediation of the Fee Application Appeal has been completed unless the Court orders otherwise.

Dated: August 3, 2005

SO STIPULATED:

| SMITH, KATZENSTEIN & FURLOW, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL |
|---|---|
| /s/ Kathleen M. Miller | /s/ Robert J. Dehney |
| Kathleen M. Miller (I.D. No. 2898) | Robert J. Dehney (I.D. No. 3578) |
| 800 Delaware Avenue, 7th Floor | Curtis S. Miller (I.D. No. 4583) |
| P.O. Box 410 | 1201 North Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| Phone: (302) 652-8400 | Wilmington, DE 19801-1347 |
| Fax: (302) 652-8405 | Phone: (302) 658-9200 |
| | Fax: (302) 658-3989 |
| *Attorneys for Magten Asset Management Corporation* | *Attorneys for Paul Hastings Janofsky & Walker LLP* |

2

Of Counsel:
STORCH AMINI MUNVES PC
Bijan Amini, Esquire
Avery Samet, Esquire
2 Grand Central Tower
New York, New York 10017
(212) 490-4100

Of Counsel:
DAVIS POLK & WARDWELL
Dennis E. Glazer, Esquire
D. Scott Tucker, Esquire
Catherine Lifeso, Esquire
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

SO ORDERED:

\_\_\_\_\_, 2005                      _____
                                    UNITED STATES DISTRICT JUDGE

477020

3