## CERTIFICATE OF SERVICE

I, Curtis S. Miller, certify that I am not less than 18 years of age, and that service of the foregoing **Motion For Approval Of Stipulation And Order Concerning Mediation** was caused to be made on August 3, 2005, in the manner indicated upon the entities identified below:

Date: August 3, 2005

_____
Curtis S. Miller (No. 4583)

**BY HAND DELIVERY**

Mark Kenney, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

Scott D. Cousins, Esquire
Monica Leigh Loftin, Esquire
William E. Chipman, Jr., Esquire
Greenberg Traurig, LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow, LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19801

Collins J. Seitz, Jr., Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

**BY FIRST CLASS MAIL**

Dennis E. Glazer, Esquire
D. Scott Tucker, Esquire
Catherine Lifeso, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jesse H. Austin, III,
Karol K. Denniston
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Bijan Amini, Esquire
Avery Samet, Esquire
Storch Amini Munves PC
2 Grand Central Tower
New York, NY 10017

477183