

*Phone:* *(302) 425-6467*
*Fax:* *(302) 425-6464*
*Email:* *dube@blankrome.com*

October 31, 2005

**VIA CMF AND HAND DELIVERY**

The Honorable Joseph J. Farnan, Jr.
United States District Court
　for the District of Delaware
844 King Street
Wilmington, DE 19801

　　　　Re:　**Magten Asset Management Corp. (*In re: NorthWestern Corporation*)**

Your Honor:

　　This will confirm the message left with Chambers on Friday, October 28, 2005, that Magten and Northwestern are jointly requesting that the Court extend by one week – until November 4, 2005 – the date by which the parties may select a settlement mediator.

　　Counsel is available by telephone, should Your Honor have any questions.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Dale R. Dubé
　　　　　　　　　　　　　　　　　　　Dale R. Dubé  (I.D. #2863)

　　　　　　　　　　　　　　　　　　　- and -

　　　　　　　　　　　　　　　　　　　　/s/ William E. Chipman, Jr.
　　　　　　　　　　　　　　　　　　　William E. Chipman, Jr.  (I.D. #3818)
　　　　　　　　　　　　　　　　　　　GREENBERG TRAURIG LLP
　　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　　1000 West Street, Suite 1540
　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801

　　SO ORDERED, this ___ day of _____, 2005.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Joseph J. Farnan, Jr., USDJ



The Honorable Joseph J. Farnan, Jr.
October 31, 2005
Page 2

DRD:pb
cc:    Clerk of Court (via CMF)
       Bonnie Steingart, Esquire
       Gary L. Kaplan, Esquire
       David A. Jenkins, Esquire  (via hand delivery)
       Kathleen M. Miller, Esquire  (via hand delivery)
       Bijan Amini, Esquire  (via Federal Express)
       William E. Chipman, Jr., Esquire  (via hand delivery)
       Jessie H. Austin, III, Esquire  (via Federal Express)
       Karol K. Denniston, Esquire  (via Federal Express)
       Neil B. Glassman, Esquire  (via hand delivery)
       Charlene D. Davis, Esquire  (via hand delivery)
       Adam G. Landis, Esquire  (via hand delivery)
       Robert J. Dehney, Esquire (via hand delivery)
       Curtis S. Miller, Esquire  (via hand delivery)
       David L. Finger, Esquire  (via hand delivery)
       Amanda Darwin, Esquire  (via Federal Express)
       John V. Snellings, Esquire  (via Federal Express)
       Alan W. Kornberg, Esquire  (via Federal Express)
       Margaret A. Phillips, Esquire  (via Federal Express)
       Stanley T. Kaleczyc, Esquire  (via Federal Express)
       Denise Seastone Kraft, Esquire  (via hand delivery)
       Office of the United States Trustee  (via hand delivery)