## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : Bankr. Case No. 03-12872 (JLP) |
| Debtor. | : |
| MAGTEN ASSET MANAGEMENT CORP., | : Civil Case No. 05-0398 (JJF) |
| Appellant, | : |
| v. | : |
| PAUL HASTINGS JANOFSKY & WALKER, LLP, | : |
| Appellee. | : |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that William E. Chipman, Jr., Esquire is no longer with the firm of Greenberg Traurig, LLP, counsel for the Debtor, Northwestern Corporation, and hereby should be removed from all service lists as counsel to Northwestern Corporation.

PLEASE ENTER the appearances of Victoria W. Counihan, Esquire and Dennis A. Meloro, Esquire of Greenberg Traurig, LLP as counsel for Northwestern Corporation.

Dated: February 27, 2006                    GREENBERG TRAURIG, LLP

/s/ Victoria W. Counihan
Victoria W. Counihan (No. 3488)
Dennis A. Meloro (No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801
(302) 661-7000

CERTIFICATE OF SERVICE

I, Victoria W. Counihan, hereby certify that on the 27th day of February, 2006, a true and correct copy of the *Notice of Withdrawal and Substitution of Counsel* was served upon the parties listed below via First Class, United States Mail.

>Kathleen Miller, Esq.
>Smith Katenstein & Furlow
>The Corporate Plaza
>800 Delaware Avenue
>Wilmington DE 19801
>
>Robert Dehney, Esq.
>Morris Nichols Arsht & Tunnell
>1201 North Market Street
>Wilmington DE 19801

Dated: February 27, 2006     /s/ Victoria W. Counihan
                             Victoria W. Counihan (No. 3488)
                             GREENBERG TRAURIG, LLP
                             The Nemours Building
                             1007 North Orange Street, Suite 1200
                             Wilmington, DE 19801
                             (302) 661-7000