IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| | : Chapter 11 |
| NORTHWESTERN CORPORATION, | : |
| | : Case No. 03-12872 (JLP) |
| Reorganized Debtor. | : |
| | : |
| MAGTEN ASSET MANAGEMENT CORP., | : |
| | : |
| Appellant, | : |
| | : |
| v. | : Civil Action No. 05-398-JJF |
| | : |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : |
| | : |
| Appellee. | : |

**O R D E R**

WHEREAS, according to the April 4, 2006 Status Letter (D.I. 28) submitted by the Debtor, mediation of the above-captioned appeal was deferred pending the Court's resolution of an appeal filed by Magten Asset Management Corp. ("Magten") in Civil Action No. 04-1279 (the "Disqualification Appeal");

WHEREAS, on July 17, 2006, the Court entered a Memorandum Opinion and Order resolving the Disqualification Appeal (D.I. 52, 53 in Civil Action No. 04-1279), and Magten has appealed the Court's decision (D.I. 54 in Civil Action No. 04-1279);

WHEREAS, no activity has occurred in the above-captioned appeal since the filing of the Debtor's status letter and the resolution of the Disqualification Appeal;

NOW THEREFORE, IT IS HEREBY ORDERED that the parties to the above-captioned appeal provide the Court with the status of this action no later than **Friday, October 20, 2006.**

October 5, 2006
Date

_____
UNITED STATES DISTRICT JUDGE