IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 11 |
| NORTHWESTERN CORPORATION, | : | |
| | : | Case No. 03-12872 (JLP) |
| Reorganized Debtor. | : | |
| ---------------------------------------------x--------------------------------------- | | |
| MAGTEN ASSET MANAGEMENT CORP., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-398 JJF |
| | : | |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP, | : | |
| | : | |
| Appellee. | : | |
| ---------------------------------------------x--------------------------------------- | | |

**ORDER STAYING APPEAL**

WHEREAS, Magten Asset Management Corporation ("Magten") filed this appeal of the Bankruptcy Court's approval of the final fee application of Paul, Hastings Janofsky & Walker LLP ("Paul Hastings")("Fee Appeal").

WHEREAS, On August 9, 2005, the Court approved a Stipulation and Order submitted by the parties deferring mandatory mediation of the Fee Appeal until after the Court decided Magten's appeal of the Bankruptcy Court's denial of Magten's motion to disqualify Paul Hastings from serving as Debtor's Counsel in connection with Northwestern's Bankruptcy case (the "Disqualification Appeal"). The parties failed to reach a settlement at that time.

WHEREAS, the parties advised the Court on April 4, 2006, that the parties agreed to submit to the Court a briefing schedule for the Fee Appeal following the Court's

resolution of the Disqualification Appeal if that resolution did not render the Fee Appeal moot.

WHEREAS, by Order dated July 17, 2006, the Court denied the Disqualification Appeal. Magten appealed the Court's decision to the United States Court of Appeals for the Third Circuit. The parties are now in the process of briefing the Third Circuit appeal.

WHEREAS, the parties seek to stay the Fee Appeal until a determination of the Disqualification Appeal by the Third Circuit.

IT IS HEREBY ORDERED that briefing of this appeal is stayed pending further order of this Court.

_____  _____
Date                                                     United States District Court Judge