IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| NORTHWESTERN CORPORATION, | : | Case No. 03-12872 (JLP) |
| | : | |
| Reorganized Debtor. | : | |
| | : | |
| MAGTEN ASSET MANAGEMENT CORP., | : | |
| | : | |
| Appellant, | : | |
| | : | |
| v. | : | Civil Action No. 05-398-JJF |
| | : | |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP, | : | |
| | : | |
| Appellee. | : | |

### O R D E R

WHEREAS, the parties have requested the Court to stay briefing on the appeal in the above-captioned action (the "Fee Appeal") until such time as the Third Circuit renders a decision on an appeal from this Court's Order affirming the decision of the Bankruptcy Court denying Appellant's Motion To Disqualify Debtor's Counsel in a related case, Magten Asset Management Corp. v. Paul, Hastings, Janofsky & Walker LLP, C.A. 04-1279-JJF (the "Disqualification Appeal");

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The above-captioned action is **STAYED** and **CLOSED** administratively.

2. The parties shall file a status report with the Court **every ninety (90) days** until such time as the Third Circuit

renders its decision in the Disqualification Appeal.

3.  **Within five (5) days** of the date of the Third Circuit's decision resolving the Disqualification Appeal, the parties shall file a status letter with the Court indicating whether the above-captioned appeal is moot. If the above-captioned appeal is not moot, the parties shall file, with their status letter, a stipulated briefing schedule for this appeal.

January 31, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE