

**Smith Katzenstein Furlow** LLP

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

July 30, 2008

**_VIA E-FILING AND HAND DELIVERY_**

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Magten Asset Management Corp. v.*
      *Paul Hastings Janofsky & Walker LLP*
      *D.Del., Case No. 05-398*

Dear Judge Farnan:

On July 10, 2008, Judge Carey approved the Amended and Restated Global Settlement Agreement and Release which, among other things, resolved this litigation. Accordingly, all the parties to this action have executed the enclosed Stipulation of Dismissal. The parties request that the Court enter an Order of Dismissal. A proposed form of order is also enclosed.

Counsel is available should the Court have questions.

Respectfully,

/s/ Kathleen M. Miller
Kathleen M. Miller
(ID No. 2898)

KMM/

Enclosure

cc:   Clerk of Court (via e-file w/ enc.)
      Curtis S. Miller (via e-file w/ enc.)

04168\CORA\10049390.WPD