# **Exhibit A**

IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
IN RE:                                           :    Chapter 11
                                                 :
NORTHWESTERN CORPORATION,                        :    Case No. 03-12872 (KJC)
                                                 :
          Reorganized Debtor.                    :
-------------------------------------------------x------------------------------------------------
MAGTEN ASSET MANAGEMENT                          :
CORPORATION,                                     :
                                                 :
          Appellant,                             :
                                                 :
     v.                                          :    Case No. 05-398 (JJF)
                                                 :
PAUL, HASTINGS, JANOFSKY &                       :
WALKER LLP,                                      :
                                                 :
          Appellee.                              :
-------------------------------------------------x
```

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed, by and among counsel for the parties, that the above-captioned action is hereby dismissed with prejudice, each party to bear its own fees and costs.

[Remainder of page intentionally left blank.]

<div style="display: flex;">

<div>

Dated: July 25, 2008

MORRIS, NICHOLS, ARSHT
& TUNNELL LLP

_____
Robert Dehney (No. 3578)
Curtis Miller (No. 4583)
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
(302) 658-9200

-and-

DAVIS POLK & WARDWELL
Paul Spagnoletti
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

*Attorneys for Appellee Paul, Hastings, Janofsky & Walker LLP*

</div>

<div>

Dated: July 25, 2008

SMITH KATZENSTEIN & FURLOW LLP

_____
David Jenkins (No. 932)
Kathleen Miller (No. 2898)
800 Delaware Avenue
Wilmington, Delaware 19899
(302) 652-8400

-and-

STORCH AMINI & MUNVES, P.C.
Bijan Amini
Avery Samet
140 East 45th Street
New York, New York 10017
(212) 490-4100

*Attorneys for Appellant Magten Asset Management Corporation*

</div>

</div>