IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------x
IN RE:                                           :   Chapter 11
                                                 :
NORTHWESTERN CORPORATION,                        :   Case No. 03-12872 (KJC)
                                                 :
         Reorganized Debtor.                     :
-------------------------------------------------x-------------------------------------------
MAGTEN ASSET MANAGEMENT                          :
CORPORATION,                                     :
                                                 :
                Appellant,                       :
                                                 :
         v.                                      :   Case No. 05-398 (JJF)
                                                 :
PAUL, HASTINGS, JANOFSKY &                       :
WALKER LLP,                                      :
                                                 :
                Appellee.                        :
-------------------------------------------------x
```

## ORDER OF DISMISSAL

Upon the Stipulation of Dismissal, attached hereto as <u>Exhibit A</u> (the "Stipulation"), executed by all parties and filed in the above-captioned action,

IT IS HEREBY ORDERED THAT:

1. The Stipulation is APPROVED.

2. The above-caption action is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: July____, 2008
      Wilmington, Delaware                           THE HONORABLE JOSEPH J. FARNAN, JR.
                                                         UNITED STATES DISTRICT JUDGE