IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------x
IN RE:                                            :    Chapter 11
                                                  :
NORTHWESTERN CORPORATION,                         :    Case No. 03-12872 (KJC)
                                                  :
        Reorganized Debtor.                       :
---------------------------------------------------x------------------------------------------------
MAGTEN ASSET MANAGEMENT                           :
CORPORATION,                                      :
                                                  :
        Appellant,                                :
                                                  :
        v.                                        :    Case No. 05-398 (JJF)
                                                  :
PAUL, HASTINGS, JANOFSKY &                        :
WALKER LLP,                                       :
                                                  :
        Appellee.                                 :
---------------------------------------------------x

## ORDER OF DISMISSAL

Upon the Stipulation of Dismissal, attached hereto as <u>Exhibit A</u> (the "Stipulation"), executed by all parties and filed in the above-captioned action,

    IT IS HEREBY ORDERED THAT:

        1.    The Stipulation is APPROVED.

        2.    The above-caption action is dismissed with prejudice, with each party to bear its own fees and costs.

Dated: ~~July~~ August 1, 2008
Wilmington, Delaware

        THE HONORABLE JOSEPH J. FARNAN, JR.
        UNITED STATES DISTRICT JUDGE